IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DRYMALLA CONSTRUCTION COMPANY, INC., | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-18-2848 |
| IRONSHORE SPECIALTY INSURANCE COMPANY, | § § § § | |
| Defendant. | § § | |

**ORDER ABATING AND ADMINISTRATIVELY CLOSING CASE**

Drymalla Construction Company, Inc. and Ironshore Specialty Insurance Company have agreed to abate this case until the scope of Drymalla's potential liability is resolved through settlement or judgment in the underlying lawsuit. This case will be stayed and administratively closed until the underlying lawsuit is resolved through settlement or judgment. Within 14 days after that occurs, the parties must notify this court as to whether the abatement should be lifted, the case reinstated to the active docket, and a status conference set, or whether it can be dismissed with prejudice.

SIGNED on November 15, 2018, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge